Gordon GISTIN et al., Appellants, v. LIMA LOCOMOTIVE WORKS, Inc., et al., Appellees.

No. 9495.

Circuit Court of Appeals, Sixth Circuit.

Dec. 17, 1943.

Edward Lamb and Lowell Goerlich, both of Toledo, Ohio, for appellants.

Wheeler, Bentley, Neville & Cory, of Lima, Ohio, Mulholland, Robie & McEwen, of Toledo, Ohio, and Joseph A. Padway and Robert A. Wilson, both of Washington, D. C., for appellees.

Before HICKS, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs, and arguments of counsel, which have been duly weighed.

Upon the principles elucidated by this court in Hilliker v. Grand Lodge, K. P. et al., 6 Cir., 112 F.2d 382, and Atwood et al. v. National Bank of Lima, 6 Cir., 115 F.2d 861, the decree of the District Court from which appeal has been taken is found correct, and accordingly is affirmed.

Poncet DAVIS, Appellant, v. ARONSON COTTON COMPANY, Appellee.

No. 9615.

Circuit Court of Appeals, Sixth Circuit.

Dec. 14, 1943.

Paul C. Weick and Weick & Mason, all of Akron, Ohio, for appellant.

Brouse, McDowell, May & Bierce, John D. Wortman, and Clarence W. May, all of Akron, Ohio, for appellee.

Before ALLEN, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

This appeal having been considered upon the record and the briefs and oral arguments of attorneys, and no reversible error appearing to have been committed by the district court, the judgment below, being deemed correct, is affirmed.